[No. 2930-1.    Division One.    December 22, 1975.]

SCOTT LABORATORIES, INC., *Appellant*, v. ALPINE PRODUCTS CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 761261, Warren Chan, J., entered March 18, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Callow, JJ.

[No. 2840-1.    Division One.    December 22, 1975.]

MARGARET ROULES, *as Executrix, Respondent*, v. JOHN R. YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 754458, Frank J. Eberharter, J., entered February 20, 1974. *Affirmed in part and remanded* by unpublished opinion per Williams, C.J., concurred in by Farris and James, JJ.

[No. 1483-3.    Division Three.    December 22, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN E. McBAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 18711, Howard Hettinger, J., entered March 27, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1621-3.    Division Three.    December 22, 1975.]

*In the Matter of the Estate of*
MARGUERITE MAYER.
GENE P. MAYER, *Petitioner*, v. JOLENE McPHERSON, *Respondent*.

Certiorari to review an order of the Superior Court for Yakima County, No. 34724, Richard J. Ennis, J., entered June 27, 1975. *Remanded* by unpublished per curiam opinion.